UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENINAH ELMEKIES,<br><br>    Plaintiff,<br><br>-against-<br><br>FOCUS CAMERA, LLC,<br><br>    Defendant. | Case No.:  1:22-cv-06634<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by and between Plaintiff, Peninah Emekies ("Plaintiff"), and Defendants, Focus Camera, LLC ("Defendants"), by and through their undersigned counsel who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety, with prejudice, and without costs or attorneys' fees to any party.

| | |
|---|---|
| BELL LAW GROUP<br>116 Jackson Avenue<br>Syosset, New York 11791 | JACKSON LEWIS P.C.<br>200 Connell Drive, Suite 2000<br>Berkeley Heights, NJ 07922 |
| */s/ Paul A. Bartels, Esq.*<br>Paul A, Bartels, Esq.<br>Attorneys for Plaintiff | */s/ Martin W. Aron*<br>Martin W. Aron, Esq.<br>Attorneys for Defendants |
| Dated:  June 26, 2023 | Dated:  June 26, 2023 |

4867-2166-7917, v. 1

4865-6565-6684, v. 1